April 17, 2009

Mr. Michael T. Morgan
Bullock Scott Neisig Morgan
Leeton & Strauss
500 W Texas Ave Ste 700
Midland, TX 79701

Honorable George D. Gilles
142nd District Court
200 W Wall St Ste 300
Midland, TX 79701-4512
Mr. Richard E. Booth
Lynch Chappell & Alsup, P.C.
300 North Marienfeld, Suite 700
Midland, TX 79701

Mr. Brad Miller
Kerr Ward McLaughlin & Miller LLP
500 West Texas, Suite 1310
Midland, TX 79701

RE: Case Number: 07-0055
 Court of Appeals Number: 11-06-00244-CV
 Trial Court Number: CV-45, 380

Style: IN RE GULF EXPLORATION, LLC, ET AL.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion in the
above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. James M. Chaney|
| | |
| |Ms. Vivian Wood |
| |Ms. Sherry |
| |Williamson |
| |Mr. Robert B. |
| |Gilbreath |
| |Mr. Michael L. |
| |Dinnin |